```
                              FILED
                              December 15, 2010
      UNITED STATES DISTRICT COURT
                              CLERK, US DISTRICT COURT
  FOR THE EASTERN DISTRICT OF CALIFORNIA
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )    CASE NUMBER: 2:10-mj-0355 KJN
      Plaintiff,               )
                                )    ORDER FOR RELEASE
v.                              )    OF PERSON IN CUSTODY
                                )
HENRY HO,                       )
                                )
      Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Henry Ho</u>; Case <u>2:10-mj-0355 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_   Release on Personal Recognizance

   \_   Bail Posted in the Sum of _____

   X   <u>Secured Appearance Bond in the amount of $350,000.00 secured by a check in the full amount of the HELOC and the remaining balance by the equity in the property of Qui Thach.</u>

   \_   Appearance Bond with 10% Deposit

   \_   Appearance Bond secured by Real Property

   \_   Corporate Surety Bail Bond

   X   (Other) <u>Pretrial Supervision/Conditions; Defendant to be released today on an unsecured appearance bond in the amount of $350,000.00 co-signed by Qui Thach; Security to be posted within one week.</u>

Issued at <u>Sacramento, CA</u> on 12/15/10 at 11:30 a.m.

By _____
Kendall J. Newman
United States Magistrate Judge